```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 54745
   LENORA S BELL
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX
       Debtor
   SSN XXX-XX-9222

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/14/2005 and was confirmed 12/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.64%.

     The case was paid in full 11/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO PARKING   UNSECURED         3370.00             .00          392.23
FINANICAL RECOVERY SERVI  UNSECURED        NOT FILED            .00             .00
FIRST NATIONAL BANK OF M  UNSECURED        NOT FILED            .00             .00
TIDEWATER MOTOR CREDIT    UNSECURED        15483.47             .00         1802.12
PREFERRED CASH            UNSECURED        NOT FILED            .00             .00
UNIVERSITY OF CHICAGO HO  UNSECURED        NOT FILED            .00             .00
STITT KLEIN DADAY & ARET  DEBTOR ATTY         .00                               .00
TOM VAUGHN                TRUSTEE                                             145.67
DEBTOR REFUND             REFUND                                               41.33

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  2,381.35

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                     2,194.35
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           145.67
DEBTOR REFUND                                   41.33
                        --------------    --------------
TOTALS                   2,381.35             2,381.35
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 54745 LENORA S BELL

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 54745 LENORA S BELL